# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IGOR VASILYEVICH SAMOLYUK,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C26-472-SKV |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's petition for writ of habeas corpus (Dkt. 6) is GRANTED in part. Respondents shall release Petitioner from detention within 24 hours subject to reasonable conditions of supervision.  Respondents shall not remove or attempt to remove Petitioner to any third country without providing written notice and a meaningful opportunity to be heard in reopened removal proceedings.

Dated this 17th day of March, 2026.


JOSHUA C. LEWIS
Clerk of Court


s/Stefanie Prather
Deputy Clerk